No. 23-1978

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES OF AMERICA,

Plaintiff-Appellant,

MARY SEGUIN

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; Rhode Island OFFICE OF Child Support Services in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND STATE COURT SYSTEM in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND STATE COURT SYSTEM; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities; TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK

Defendants-Appellees.

Appeal from the United States District Court

for the District of Rhode Island

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO PAY FILING FEE In Case No. 23-1978**

_____

On March 1, 2024, the Court GRANTED Texas *pro se* Appellant's, MARY SEGUIN's, February 29, 2024 motion for an extension of time to show cause in support of Appellant's Motion to Consolidate cases 23-1967 and 23-1978 to April 1, 2024. Prior to the Court's March 1, 2024 Order, the Court had ordered filing fees in Appeal case no. 23-1978 payable on March 15, 2024. Therefore, Appellant respectfully requests an extension to **May 1, 2024**, to pay filing fee in Appeal case no. 23-1978.

Further, the Court ordered in Case 23-1967 on March 1, 2024 that the Appellant respond and inform the Court whether the Appellant will file a Notice of Appeal or amended Notice of Appeal. On March 1, 2024 and again on March 7, 2024, Appellant filed Appellant's Responses to the Court affirming that Appellant intends to file a Notice of Appeal or amended Notice of Appeal to, *inter alia*, incorporate issues up to the present into the Notice of Appeal. Appellant filed the aforesaid Responses affirming Appellant's intent to file a notice of appeal or amended notice of appeal in both Appeal case no. 23-1967 and 23-1978.

Moreover, pending before the Court in case 23-1967 and filed in case 23-1978 is Appellant's Fed. R. App. P 27(b), 26(b)(1) and 4 Motion for Reconsideration filed on March 8, 2024. Also pending before the Court in case 23-1967 and filed in case 23-1978 is Appellant's Fed. R. App. P 8(a)(2) Motion to Stay filed on March 11, 2024. In light of these two pending motions, the resolution of which further impact the consolidation of cases 23-1967 and 23-1978, Appellant respectfully moves for the requested extension of time to pay filing fee in this case (23-1978) to May 1, 2024.

## CONCLUSION

WHEREFORE, the Appellant respectfully requests this Appeals Court to GRANT the Appellant's herein Motion for an extension of time to pay filing fee for Appeal case number 23-1978 to May 1, 2024. The Appellant respectfully requests any and all relief.

Respectfully submitted,

Mary Seguin
Pro Se
/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX 77019

Dated: March 11, 2024

## CERTIFICATE OF SERVICE

This is to certify that the foregoing instrument has been served via the Court's ECF filing system on March 11, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

                                                Mary Seguin
                                                Pro Se
                                                /s/ *Mary Seguin*
                                                Email: maryseguin22022@gmail.com
                                                Phone: (281)744-2016
                                                P.O. Box 22022
                                                Houston, TX  77019