

# STATE OF RHODE ISLAND
## OFFICE OF THE ATTORNEY GENERAL

150 South Main Street • Providence, RI 02903
(401) 274-4400 • www.riag.ri.gov

*Peter F. Neronha*
*Attorney General*

April 19th, 2024

**Clerk of Court**
First Circuit Court of Appeals
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2500
Boston, MA 02210

Re:   Mary Seguin v. Rhode Island Department of Human Services, et. al., 23-1978

Dear Clerk:

   Defendant-Appellees respectfully ask that the Court take notice that counsel for Appellees respectfully requests to be excused from Court for the following dates and reasons:

- **July 1st through July 5th, for out of state travel.**

Respectfully Submitted,

APPELLEES

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Marissa D. Pizaña*
Marissa D. Pizaña (#1209788)
Special Assistant Attorney General
The State of Rhode Island | Office of the Attorney General
150 South Main Street | Providence, RI – 02903
Office: +1 401 274 4400 | Ext: 2055
mpizana@riag.ri.gov | www.riag.ri.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I filed the within Court Excusal via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF system to the attorneys of record on this 19th day of April, 2024.

*/s/ Abigail Clark*