No. 23-1978

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
UNITED STATES OF AMERICA,

Plaintiff-Appellant,

MARY SEGUIN

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; Rhode Island OFFICE OF Child Support Services in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND STATE COURT SYSTEM in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND STATE COURT SYSTEM; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities; TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK

Defendants-Appellees.

Appeal from the United States District Court

for the District of Rhode Island

_____

**APPELLANT'S MOTION FOR AN ORDER WAIVING FEES**
**And MOTION FOR EXTENSION OF TIME TO PAY FILING FEE In Case No. 23-1978**

_____

On May 9, 2024, the Court partially GRANTED Texas *pro se* Appellant's, MARY SEGUIN's May 1, 2024 motion, stating that Appellant had not filed a motion for consolidation and waiver of a filing fee.

Since then, Appellant filed a motion for consolidation and the Court granted the Appellant's motion on May 24, 2024. For the above and the following facts and reasons, Appellant respectfully requests an Order waiving fees and while the request is pending, requests an extension to September 3, 2024:

The Court ordered in Case 23-1967 on March 1, 2024 that the Appellant respond and inform the Court whether the Appellant will file a Notice of Appeal or amended Notice of Appeal. On March 1, 2024 and again on March 7, 2024, Appellant filed Appellant's Responses to the Court affirming that Appellant intends to file a Notice of Appeal or amended Notice of Appeal to, *inter alia*, incorporate issues up to the present into the Notice of Appeal. Appellant filed the aforesaid Responses affirming Appellant's intent to file a notice of appeal or amended notice of appeal in both Appeal case no. 23-1967 and 23-1978.

On March 31, 2024, Appellant filed the Appellant's Show Cause. On April 2, 2024, Appellant submitted Appellant's Supplemental Show Casuse. After review of Appellant's Show Cause, the Court ordered that Appeal No. 23-1978 shall proceed.

The Court consolidated Appeal No. 23-1967, 23-1978 and 24-1313.

In light of the above, Appellant respectfully moves to waive the filing fee, since Appellant filed the November 20, 2023 Notice of Appeal as amendment to the November 17, 2023 Notice of Appeal, appealing on the district court's post-appeal pattern of void orders that are essentially merged – void orders are null and void before they are reversed. While this motion is pending, Appellant respectfully requests extension of time to pay filing fee in this case (23-1978) to September 3, 2024.

## CONCLUSION

WHEREFORE, the Appellant respectfully requests this Appeals Court to GRANT the Appellant's herein Motion for an Order waiving fees, and while it is pending, for an extension of time to pay filing fee for Appeal case number 23-1978 to September 3, 2024. The Appellant respectfully requests any and all relief.

Respectfully submitted,
Mary Seguin
Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: May 31, 2024

## CERTIFICATE OF SERVICE

This is to certify that the foregoing instrument has been served via the Court's ECF filing system on May 31, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

Mary Seguin
Pro Se
/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019