# United States Court of Appeals
## For the First Circuit

_____

Nos. 23-1967
     23-1978
     24-1313

MARY SEGUIN,

Plaintiff - Appellant,

v.

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES, in its official capacity; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES, in its official capacity; GERO MEYERSIEK, in his individual and official capacity; PRISCILLA GLUCKSMAN; JOHN A. LANGLOIS; PAUL GOULD; MICHAEL D. COLEMAN, in his individual and official capacity; DEBORAH A. BARCLAY, in her individual and official capacity; LISA PINSONNEAULT, in her individual and official capacity; CARL BEAUREGARD, in his individual and official capacity; KEVIN TIGHE; MONIQUE BONIN; FRANK DIBIASE; WENDY FOBERT; KARLA CABALLEROS; TIMOTHY FLYNN; RHODE ISLAND COURT SYSTEM; MARISA BROWN; PAUL A. SUTTELL, in his individual and official capacity as Executive Head of Rhode Island State Court System; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT; RHODE ISLAND JUDICIAL COUNCIL; RHODE ISLAND SUPERIOR COURT; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL; THE JUDICIAL TECHNOLOGY CENTER; JULIE HAMIL; JOHN JOSEPH BAXTER, JR.; JUSTIN CORREA; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT; ADAM D. ROACH; PETER F. NERONHA; TYLER TECHNOLOGIES, INC.,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: August 13, 2024

      In these consolidated appeals, Plaintiff-Appellant Mary Seguin has filed a motion for limited remand and reassignment; a motion "to extend time to pay the filing fee and to waive filing fee" in No. 23-1978; a motion to stay proceedings until these motions are resolved; and a motion to extend the due date of her opening brief until 45 days after these motions are resolved.

As this court noted in its order addressing previous motions filed by Appellant, this court resolves appeals through the briefing process and generally does not engage in piecemeal adjudication of individual issues by way of motion practice. Filing further motions will not hasten the resolution of these appeals. Hereafter, Appellant is directed to focus on briefing and to refrain from filing further motions.

Appellant's motion for limited remand and reassignment rehashes arguments previously raised and rejected by this court; therefore, this motion is denied. Any future motions by Appellant seeking remand or reassignment will be subject to summary denial.

Appellant's motion to waive the filing fee or to extend the filing fee deadline in No. 23-1978 is granted in part and denied in part. The motion to waive is denied; the motion to extend the deadline is granted in part, and Appellant's filing fee for No. 23-1978 shall be due no later than September 3, 2024 (also the current deadline to pay the filing fee in No. 24-1313). No further extension of the filing fee deadlines in Nos. 23-1978 and 24-1313 will be granted. Failure to timely pay one or both fees will result in dismissal of the relevant appeal(s).

Finally, Appellant's motion to extend the deadline for filing her opening brief is granted in part, and Appellant's opening brief is due no later than September 13, 2024, with all subsequent deadlines adjusted accordingly, consistent with Federal Rule of Appellate Procedure 31. No further extensions of the opening brief deadline will be granted to Appellant.

Appellant's motion to stay is denied as moot. Any pending motions or requests not specifically addressed above are denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Mary Seguin
Marissa D. Pizana
Joanna M. Achille
Peter F. Neronha